Ellerby v Helman (2021 NY Slip Op 50663(U))

[*1]

Ellerby v Helman

2021 NY Slip Op 50663(U) [72 Misc 3d 133(A)]

Decided on July 9, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on July 9, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, DAVID ELLIOT, JJ

2018-2522 K C

Marvin Ellerby, Jr., Respondent,
against
Josef Helman, Appellant. 

Berger Fink LLP (David M. Berger of counsel), for appellant.
The Howard Law Firm, P.C. (Eric Howard of counsel), for respondent.

Appeal from a decision of the Civil Court of the City of New York, Kings County (Cenceria
P. Edwards, J.), dated October 31, 2018, deemed from a final judgment of that court entered
October 31, 2018 (see CPLR 5512 [a]). The final judgment, upon the decision, after a nonjury
trial, awarded landlord possession in a holdover summary proceeding.

ORDERED that the final judgment is affirmed, without costs. 
In June 2018, landlord commenced this commercial holdover proceeding to recover
possession of certain parking spaces associated with landlord's residence. After a nonjury trial,
the Civil Court awarded landlord possession of the premises. We decline to consider arguments
raised for the first time on appeal (see Joe v Upper Room Ministries, Inc., 88 AD3d 963
[2011]). We have reviewed tenant's preserved appellate contentions and find them to be lacking
in merit.
Accordingly, the final judgment is affirmed. 
ALIOTTA, P.J., WESTON and ELLIOT, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: July 9, 2021